CORTIÑAS, J.
(dissenting).
This is an appeal from a non-final and non-appealable order, which should have been dismissed for lack of jurisdiction.
Nevertheless, despite the clear lack of jurisdiction, the majority declines to dismiss the case and, instead, issues an advisory opinion which effectively re-writes Florida Rule of Civil Procedure 1.420(a)(1) to create an estoppel exception where 1) there is an oral dismissal, 2) trial has not commenced, and 3) there is a promise to file a voluntary dismissal.
Because no estoppel exception is apparent in Rule 1.420(a)(1) and I am not empowered to re-write this Rule, I must respectfully dissent.
I would have simply dismissed this case for lack of jurisdiction.